CIVIL ACTION No: 2:08-CV-58-MHt

RECEIVED

IN THE UNITED STATES DISTRICT COURT 4:18

FOR THE MIDDLE DISTRICT of ALABAMA

Northern Division

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sammy CALDWELL
          Plaintiff, pro se

v.

Richard F. Allen, Commissioner Alabama Deptment of Corrections
Ruth Naglish, Deputy Commissioner, Ala. Dept. of Corrections
(Inmate Health Services)
Brandon Kanard, Director-Inmate Health Services, ADOC
Correctional Medical Services, Inc.
Billy Mitchem, Warden III, Limestone Correctional Facility
Alisha Davis, Registered Dental Hygienist
Debra Hunt, Registered Nurse
Dr.    King, DMD, et al
   In their individual and official capacities,
                    Defendants.

COMPLAINT OF CIVIL RIGHTS (pursuant to 42 USC § 1983)
COMPLAINT UNDER American with DISABILITE ACT
(Pursuant to 42 U.S.C § 12211)
COMPLAINT UNDER ARTICLE V Universal Declaration of Human
Rights of 1948

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Sammy Caldwell
Full name and prison number
Of Plaintiff(s)                    )
                                   )
                                   )
v.                                 )        CIVIL ACTION NO._____
                                   )        (To be supplied by Clerk of
Richard F. Allen                   )          U.S. District Court)
_____        )
                                   )
Ruth Naglish                       )
_____        )
                                   )
Brandon Kanard                     )
_____        )
                                   )
Correctional Medical Services      )
_____        )
                                   )

Billy Mitchem
_____
Alisha Davis

Debra Hunt
Dr.     King, et al

Name of person(s) who violated
Your constitutional rights.        )
(List the names of all             )
persons.)                          )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?   YES ( y ) NO ( )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment? YES ( y )   NO ( )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below. (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

1

2.  Court )if federal court, name the district; if state court, name the county)_____

_____N/a_____

3.  Docket number_____

4.  Name of judge to whom case was assigned  N/a_____

_____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/a_____

_____

6.  Approximate date of filing lawsuit N/a_____

7.  Approximate date of disposition  N/a_____

II.  PLACE OF PRESENT CONFINEMENT   Limestone Correctional Facility-harvest Alabama_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Limestone Correctional Facility-harvest Alabama and Montgomery Alabama Department

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. Richard F. Allen | |
| 2. Ruth Naglish | |
| 3. Brandon Kanard | |
| 4. Correctional Medical Services, 12647 Olive Blvd, St. Louis, MO 63141-1752 | |
| 5. Billy Mitchem 28779 Nick Davis Rd, Harvest, Ala. 35749 | |
| 6. | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED  Novemeber   20-Dec 2007.

2

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
     THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   See attached

     STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as
     best you can the time, place and manner and person involved)
see attached

GROUND TWO:  See attached documen

SUPPORTING FACTS:   See attached document

GROUND THREE:

SUPPORTING FACTS:

_____

_____

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

See attached documents _____

_____

_____


_____
Signature of plaintiff(s)

     I declare under penalty of perjury that the foregoing is
true and correct.

EXECUTED on __3 - JAN - 08_____.
                   (Date)

_____
Signature of plaintiff(s)

4

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

Mr. Sammy **Caldwell**,

    **Plaintiff,**


v.                                                    COMPLAINT

                      CV NO._____

                      **JURY TRAIL DEMANDED**

Richard F. Allen,

Ruth Naglish,

Brandon Kanard,

Correctional Medical Services,

Billy Mitchem,

Alisha Davis,

Debra Hunt,

Dr.      King, *et al.,*

*In their individual and official capacities,*

    **DEFENDANTS**

## I.  JURISDICTION AND VENUE

1. This is a civil action authorized under 42 U.S.C §§ 1983,1985(3), 1986 and 12101 *Et seq,* to redress the deprivation under color of state law of the right secured by the Constitution of the United States.

2. The United States District Court for the Middle District of Alabama has jurisdiction under 28 U.S.C §§ 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. §2201.

3. 28 U.S.C §§ 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure authorize plaintiff's claims for injunctive relief.

4. The United States District Court for the Middle District of Alabama, is an appropriate venue under 28 U.S.C. § 1391 (b) (1) and (3), because it is where a substantial part the one or more of the defendants currently reside and are employed, and omissions giving rise to the claims occurred.

## II.  PLAINTIFF.

5. Plaintiff **Sammy Caldwell**, is and was at all times mentioned herein a prisoner of the State of Alabama, in the custody of the Alabama Department of Corrections. He is currently residing in the Limestone Correctional Facility, in Harvest, Alabama [35749-7009].He is also disabled and incarcerated inmate.

2

### III. DEFENDANTS.

6. Defendant **Richard Franklin Allen** is the Commissioner of the Alabama Department of Corrections. He is legally responsible for the overall operations of the Alabama Department of Corrections and each institution under its jurisdiction, including the Limestone Correctional Facility, in Harvest, Alabama [35749-7009]. He is being sued in his individual and official capacity. **See Ala.Code § 14-1-1.1 (1975).**

7. Defendant **Ruth Naglish** is the Deputy Commissioner of Health Services for the Alabama Department of Corrections. She is legally responsible, for providing health care services for each institution under its jurisdiction, including the Limestone Correctional Facility, in Harvest, Alabama [35749-7009]. *She is being sued in her individual and official capacity.*

8. Defendant **Brandon Kanard** is the Director of Health Care Services in and for the Alabama Department of Corrections. He is the final policy maker (subject to approval of Defendants Richard Franklin Allen and Ruth Naglish), for the Alabama Department of Corrections. *He is being sued in his individual and official capacity.*

9. Defendant **Correctional Medical Services**, ("CMS") is a private Missouri corporation . CMS is under contract with the state of Alabama, as a health care provider for the Alabama Department of Corrections, to include the Limestone Correctional Facility, in Harvest, Alabama [35749-7009]. *CMS is being sued in its official capacity.* **See** **Ala. Code** § 22-8A-3 (1975). CMS provided Health Service 11-1-07

10. Defendant **Billy Mitchem**, is Warden III of the Limestone Correctional Facility and an employee of the Alabama Department of Corrections. He is legally responsible for the overall operations of the Limestone Correctional Facility, in Harvest, Alabama [35749-7009], and the overall welfare of all inmates of the Limestone Correctional Facility. *He is being sued in his official and individual capacity.*

11. Defendant **Alisha Davis**, is an employee of CMS, and a Registered Dental Hygienist (RDH)at the Limestone Correctional Facility. *She is being sued in her individual and official capacity.*

12. Defendant **Debra Hunt**, is an employee of CMS, and a Registered Nurse (RN),at the Limestone Correctional Facility. *She is being sued in her individual and official capacity.*

4

13.) Defendant Dr. _____ KING, is an employee of Defendant CMS, under contract with Defendant's ALLEN, NAGLISH, KANARD TO provide dental SERVICES, to inmates currently incarcerated IN THE ALABAMA DEPARTMENT OF CORRECTIONS. HE IS LICENSED BY THE ALABAMA BOARD OF MEDICAL EXAMINERS. He is being sued in his official capacity.

14.) AT ALL TIMES RELEVANT TO THE EVENTS DESCRIBED HEREIN, ALL DEFENDANTS HAVE ACTED UNDER COLOR OF STATE LAW. DEFENDANTS ALLEN, NAGLISH, KANDARD, CMS, MITCHEM CONTINUE TO ALT UNDER COLOR OF STATE LAW.

## IV. FACTS AND ALLEGATIONS

15.) The Limestone Correctional Facility is located in Harvest, ALABAMA. Upon information and belief, it holds approximately 2,400 inmates, which are housed in ten (10) separate units: Unit A (HEALTH CARE UNIT), UNIT(S) B and C (Special Unit [HIV POSTIVE INMATES]), UNIT D (A-side general POPULATION; B-SIDE- FAITH BASED HONOR COMMUNITY), Unit E (ADMINISTRATIVE AND DISCIPLINARY SEGREGATION). THESE UNITS ARE designated AS "A-side" of the L.C.F.

16.) Unit G [Substance Abuse Program ("SAP")]- "B-side" Units H and F[1] houses general population Faith Based Honor Community.

17.) Units I, J, K, L house general population inmates[2]. Plaintiff has been and currently resides in Unit L.

18.) Plaintiff is a disabled inmate in the custody of Defendants Allen, Naglish, Kanard, Mitchem.

19.) Upon information and belief, it is the policy of Defendants Allen, Naglish, Kanard CMS and Mitchem, to require all inmates to Request for Health Care Services upon a form proscribed by the Defendants.

20.) Upon information and belief, the policy implemented by Defendants are pramulgated by the ALABAMA State Board of Medical Examiners and Alabama State Board of Nurses. See Ala. Code §§34-21-1 et seq. (A75)

---

[1] Unit F is currently under construction by Alabama Correctional Industries ("ACI") a division of Alabama Department of Corrections.

[2] ADMINISTRATION OF Limestone C.F.: WARDEN III, Billy Mitchem; Deputy Warden II, Jimmy Patrick; Deputy Warden I Dorthy Goode; Captain Tully [A-side]; Captain Lloyd Wallace [BC-side]; Captain Patrick D. Robinson (B-side); Deputy Wardens II & I Patrick; Goode; Captains Tully, Wallace and Robinson ARE NOT PARTIES

21.) On 20-Nov-07, Plaintiff sought medical attention for dental care, by "signing up" for sick call screening to see a dentist. [See Exhibit A]

22.) On 27-Nov-07 [Tuesday] Plaintiff received a response from Defendant Alisha Davis (RDA) stating "No dentist on staff at the time to provide treatment. Go to medical sick call if needed, no appt made." [See Exhibit A]

23.) Upon information and belief, Defendant CMS has provided medical services since 1-Nov-07.

24.) On 13-Dec-07, Plaintiff was seen by Defendant Dr. King and Defendant Davis. Defendant King broke tooth while extracting and failed to provide antibiotics and pain (killer) medication

25.) Upon information and belief, it is the policy of Defendant CMS, Naglish, Kanard and Alabama Board of Medical Examiners and Alabama Board of Nursing to provide a standard of care owed to all "patients" by prescribing antibiotics and pain medication before and after extraction.

7

## V. EXHAUSTION OF AVAILABLE ADMINISTRATIVE REMEDIES

26.) Plaintiff Caldwell has exhausted All available Administrative Remedies KNOWN to him regarding the matters described in this complaint, which is made available by the policy of Defendant CMS, Allen, Naglish, KANARD.

27.) On 29-Nov-07, Plaintiff filed A medical greivance stating that he was in severe pain, having hard time sleeping and eating [SEE Exhibit B]

28) On 3-Dec-07, Plaintiff Received Response from unknown [P.H.S] Prison Health Services Inc, Department Head "Sick call slip for Dental has been pulled and put on a Dental List. We are anticipating A dentist being here soon and you will be seen then." [SEE Exhibit B, part B]

29.) On 10-Dec-07, Plaintiff filed A second medical greivance stating that no dental care had been provided; that Plaintiff continued to suffer from SEVERE pain, headache, and deprivation of sleep and inability to eat. [SEE Exhibit C, part A]

8

30.) On 12-Dec-07, Plaintiff received response from Defendant Alisha Davis (RDH) stating that "Mr. Caldwell is scheduled for dental sick call 12/12/07, and if needed to see oral surgeon 12/13/07" [See Exhibit C, part B].

31.) On 14-Dec-07, Plaintiff filed medical grievance appeal regarding Defendant King actions of 13-Dec-07. [See Exhibit D part A].

32.) On 17-Dec-07, Plaintiff was seen by Defendant Davis. Plaintiff's jaw was swollen, sore throat. Defendant Davis x-rayed Plaintiff and swelling was normal, no need for any proscription due to proscription of Naprosen made 11-Dec-07 for back and neck pain [See Exhibit D part B and "Sick call" "Follow-up"].

## VI. LEGAL CLAIMS

33.) Plaintiff Sammy Caldwell adopts and incorporates by reference paragraphs 1-32.

9

# COUNT 1

## American With Disabilities Act

34.) Plaintiff has been and remains disabled, due to severe back and neck pain, known to Defendants Mitchem, Davis, King and appropriate Federal entity to include Personal Doctors in Clay County, Alabama.

## Serious Medical Need

35.) Plaintiff has suffered severe headaches swollen jaw, pain, discomfort caused by Defendants King and Davis

# Count 11

36.) Defendant Alisha Davis, had actual knowledge of Plaintiff's dental condition, acting with deliberate indifference to plaintiff's serious medical need in violation of the Eighth Amendment, Ninth Amendment of the United States Constitution

10

COUNT III

CONSPIRACY

37.) Defendants Allen, Naglish, Kanard, Davis, CMS, King, Knowingly conspired to deprive Plaintiff of adequate medical care since November 1, 2007, in violation of ART. V of the Universal Declaration of Human Rights of 1948; Eighth Amendment protection of cruel and unusual Punishment

38.) Defendants Allen, Naglish, Kanard, CMS, Mitchem, Davis had authority to intervene but failed to do so

OFFICIALS KNOWLEDGE

39.) Defendant Davis, Kanard, Naglish and CMS had Knowledge of State Policy promulgated by the Alabama Board of Medical Examiners and Nursing regarding screening of all inmates personally, which failure fully violated Policy.

40.) Defendant's Naglish, Hunt, King, CMS Allen, Mitchem, had knowledge of Defendant's Kings Actions but Acted with deliberate indifference in taking corrective steps to prevent infection and severe pain of gum and teeth. Teeth have fallen out in violation of, the Eighth Amendment to the United States Constitution

VII    PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Court:

1.) DECLARE THAT THE ACTS AND OMISSIONS herein described violated Plaintiff's rights under the Constitution and Laws of the United States.

2.) Enter preliminary and permanent injunction ORDER DEFENDANTS, Allen, Naglish, Kanard and CMS, their successors, agents, employee and all persons acting in concert with them to provide adequate medical treatment Regarding inmate dental CARE.

3.) Enter a temporary and permanent restraining order against Defendants Allen, Naglish, Kanard, Mitchem, their successors, agents, employees and all persons acting in concert with them to refrain from transferring custody of Plaintiff to any penal facility within and outside the territorial borders of the State of Alabama, to "hide" plaintiff.

4.) Enter a temporary and permanent restraining order against Defendants Davis, Hunt, King, CMS, their successors, agents, employees and all persons acting in concert with them to refrain from harassing, causing bodily injury, mental or emotional injury, transferring Plaintiff in attempt to retaliate against plaintiff.

5.) Enter judgment in favor of plaintiff for nominal, compensatory and punitive damages, as allowed by law against each defendant, jointly and severally,

6.) Order such additional relief as this Court may deem just and proper.

13

Respectfully submitted this 3rd day of
~~day~~ January, 2008

Sammy Caldwell
Sammy Caldwell
Limestone Correctional Facility
28779 Nick Davis Rd
Unit L-77-7 cell
Harvest, AL 35749-7009

## VIII   VERIFICATION

Pursuant to 28 U.S.C. § 1946. I declare
and verify under penalty of perjury under
the laws of the United States of America
that the foregoing is true and correct

Sammy Caldwell
Sammy Caldwell
Limestone Correctional Facility
28779 Nick Davis Rd
Unit L-77-7 cell
Harvest, AL 35749-7009

Executed on 3-Jan-08, in Harvest, Alabama

CERTIFICATE OF SERVICE

I hereby certify that I have served one copy of the foregoing upon each of the following upon knowledge of last known addresses or upon legal representation:

Office of the Clerk
United States District Court
~~district~~ Middle District of Alabama
15 LEE STREET
MONTGOMERY, AL 36104-0711

Alabama Department of Corrections
c/o Hon. Richard F. Allen, Commissioner
1400 Lloyd St.
Montgomery, Al 36107

Alabama Department of Corrections
c/o Hon. Ruth Naglish, Deputy Commissioner
1400 Lloyd St
Montgomery, AL 36107

Alabama Department of Corrections
c/o Hon. BRANDON KANARD
1400 Lloyd St
Montgomery, AL 36107

15

Correctional Medical Services
12647 Olive Blvd
St. Louis, MO  63141-1952

Alabama Department of Corrections
Limestone Correctional Facility
c/o Billy Mitchem, Warden III
28779 Nick Davis Rd
Harvest, AL 35749-7009

Alabama State Board of Nursing
c/o Alisha Davis, RDH
   c/o Director of Nursing
770 Washington Ave
Montgomery, AL 36101-0946

Alabama State Board of Medical Examiners
c/o Dr. _____ King, D.M.D
   c/o Director of Medical Examines
848 Washington Ave
Montgomery, AL 36104

Alabama State Board of Nursing
c/o Debra Hunt, RN
   c/o General Counsel
770 Washington Ave
Montgomery, AL 36101-0946

16

Via the Limestone Correctional Facility, Institutional mail on this __10__ day of January, 2008

Respectfully submitted,

*Sammy Caldwell*

Mr Sammy Caldwell
28779 Nick Davis Rd
Harvest, AL 35749-7009
Plaintiff, pro se

Cc: Ms. Debra P. Hackett, Clerk  U.S. District Court M.D. Ala.
Richard F. Allen, Commissioner, A.D.O.C.
Ruth Naglish
Brandon Kanard
Correctional Medical Service   St. Louis Mo
Billy Mitchem
Alisha Davis
Debra Hunt
Dr   King D.M.D.
Alabama State Board of Medical Examiners
Alabama State Board of Nursing
File: Sammy Caldwell, pro se

17

SAMMY CALDWELL #171875
28779 Nick Davis Rd
HARVEST, AL 35749-7009



U.S. District Court
Middle District of Ala.
C/o Hon. Debra Hackett
15 Lee Street
Montgomery, AL
      36104-0711

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

LEGAL MAIL

Exhibit A

Prison Health Service Sick Call
Request of November 20, 2007

Prison Health Service Response
of November 27, 2007



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Sammy Caldwell          Date of Request: 11-20-07
ID # 177873                        Date of Birth: 8/22/62 Location: L Dorm
Nature of problem or request: I would like to get my teeth pulled
by A dentist as soon As possible.

Sammy Cald. # 177873
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:** No dentist on staff at this time to provide treatment.
Go to medical sick call if needed
No appt made.

**(P)lan:**  ADais, RDH
11/27/07

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
              Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM

| FOR MEDICAL USE ONLY |
|---|
| Date Received: _____ |
| Time Received: _____ |

Print Name: _SAMMY L. CAldwell_         Date of Request: _Nov 27, 2007_

ID #: _177873_     Date of Birth: _8/22/62_ Housing Location: _DoRM "L"_

Nature of problem or request: _Having Neck And back pAin. had problems_
_since Arrival at Limestone C.F. Need x-ray and or MRI_
_and a back specialist_

I consent to be treated by health staff for the condition described.

_Sammy Caldwell_ ✗ _177873_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |
|---|

Triaged by: _____     Referred to: (Circle ONE)
        Initials                          NSC    Mid-level SC    Physician SC    MH    Dental
                                          Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective:




Objective:  BP _____  T _____  P _____  R _____  Wt_____




Assessment:

Plan:



☐        Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level    Physician    MH    Dental    Other: _____

Signature & Title: _____  Date: _____  Time: _____

## Prison Health Services, Inc.

### Inmate Grievance

RECEIVED
DEC 0 6 2007

Sammy Caldwell   177873        Dorm L        12/5/07
NAME              AIS #          UNIT          DATE

---

**PART A – Inmate Grievance**

On Friday November 30, 2007, I went to sick call regarding severe back and neck pain. The on call nurse put me in for X-ray, but said 'you have to tough it out' and wouldn't give me anything over the weekend! I am still in pain I can hardly walk and move my neck please help me No one will tell me anything

Sammy Caldwell 177875
INMATE SIGNATURE

---

**PART B – RESPONSE**                DATE RECEIVED  12/6/07

If you are still having pain, you should sign up on sick call for re-eval. & follow-up.

P.H.S. Department Head Signature

12/6/07
DATE

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**H.S.A. Selection:**

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I    Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | | ☐ | ☐ |
| V   Conduct of Healthcare Staff | ☐ | ☐ | X    Other | | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

White-Administration Copy        Yellow-Response Copy        Pink-Notary Copy

Exhibit B

Inmate medical grevance of
November 29, 2007

Response by Prison Health Services
December 3, 2007

## Prison Health Services, Inc.

## Inmate Grievance

RECEIVED

NOV 3 0 2007

**NAME** Sammy Caldwell    **AIS #** 177873    **UNIT** L-Dorm    **DATE** 11/29/07

**PART A – Inmate Grievance**

On November 20, 2007, I filled out a sick call request to see a dentist so he/she could pull my teeth. Nevertheless on November 27, 2007 an 'A. Davis informed me that 'No dentist on staff at this time to provide treatment - No Appt. made".

My teeth are still hurting and causing me severe pain in which I cannot eat or sleep. PLEASE have someone pull my teeth as soon as possible. There is a delay in health care because no dentist is on staff

**INMATE SIGNATURE** Sammy Caldwell #177873

**PART B – RESPONSE**    **DATE RECEIVED** 3 Dec 2007

Your sick call slip for Dental has been collected and put on a Dental List. We are anticipating a Dentist being here soon and you will be seen then.

**P.H.S. Department Head Signature**

**DATE** 3 Dec 2007

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I   Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI   Delay in Health Care Provided | ☐ | ☐ |
| II   Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII   Problems with Medication | ☐ | ☐ |
| III   Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII   Request to be seen | ☐ | ☐ |
| IV   Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX   Request for Off-site Specialty Care | ☐ | ☐ |
| V   Conduct of Healthcare Staff | ☐ | ☐ | X   Other | ☐ | ☐ |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

60534-AL          White-Administration Copy     Yellow-Response Copy     Pink-Notary Copy

Exhibit C

Inmate Medical Grievance Appeal
Submitted December 10, 2007

Correctional Medical Service Department
Head's Response of December 12, 2007

RECEIVED
DEC 07 2007

**Correctional Medical Services**

☐ **Medical Grievance**          ☑ **Medical Grievance Appeal**

<u>Check</u> the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

Sammy Caldwell ____ 177873 _____ L-Dorm ____ 12/10/07
NAME            AIS #              UNIT          DATE

---

**PART A---Inmate Grievance**

On November 20 2007 I filled out a sick call request to see A dentist so he or She could pull my teeth. On 11-29-07 a A. Davis informed me that no dentist was on staff
On 11-29-07 - I filed A medical grievance restating what response I received. No medical care
On 12-3-07 - Someone answered saying that my sick call had been pulled for dentist 'Anticipating a dentist being here soon'
I Am Still in Severe Pain, my head hurts, hardly can sleep or eat
            Please help me!!

                              _Sammy Caldwell_ 177873
                              INMATE SIGNATURE

---

**PART B –RESPONSE**                DATE RECEIVED ___12/12/07___

Mr. Caldwell's request of 11/20/07 was responed to giving him the information that a dentist was not on staff and he was instructed to go to medical sick call if needed. He has not sought medical sick call as advised. Mr. Caldwell did not state on his request 11-20-07 "severe pain, headaches, etc. as listed above", which would have indicated immediate tx that could have been provided by medical if he had sought it as he was advised. Mr. Caldwell is scheduled for dental sick call 12/12/07 and if needed to see the oral surgeon 12/13/07
                              _Alesha Davis, RPH_ 12/12/07

                              _[signature]_

                              **CMS Department Head Signature**

                              _12/12/07_
                              **DATE**

If you wish to appeal a grievance response you may file a <u>Grievance Appeal.</u> Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

<u>MEDICAL ADMINISTRATOR USE ONLY:</u>
☐ Medical    ☐ Dental    ☐ Mental Health    ☐ Other

| | | | |
|---|---|---|---|
| ☐ | I   Quality of Onsite Care | ☐ | VI   Timeliness of Specialty Care |
| ☐ | II   Quality of Specialty Care | ☐ | VII   Medication Issues |
| ☐ | III   Access to Onsite Care | ☐ | VIII   Treatment and Testing Issues |
| ☐ | IV   Access to Specialty Care | ☐ | IX   Care Staff Conduct |
| ☐ | V   Timeliness of Onsite Care | ☐ | X   Other |

AL-7147-CMS Inmate Grievance                    Original Medical File - Yellow to Patient

EXHIBIT D

PLAINTIFF GRIEVANCE APPEAL OF
December 14, 2007

DEFENDANT'S RESPONSE OF DECEMBER
17, 2007

## Correctional Medical Services

☐ **Medical Grievance**          ☑ **Medical Grievance Appeal**

**Check** the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

NAME: Sammy Caldwell     AIS #: 177873     UNIT: L-Dorm     DATE: 12/14/07

_ATTENTION: HEALTH SERVICE ADMINISTER_

**PART A---Inmate Grievance**

On 11/20/07 - Filed out sick call Request to see a dentist to get my teeth pulled.

On 11/29/07 - In response of sick call request, Ms. Alisha Davis RCH responded that no dentist was on staff.

On 12/3/07 - Filed Response of CMS Department Head Stated anticapating a DENTIST SOON.

On 12/10/07 - Filed medical grievance Appeal explaining that I never received pain medication for severe headaches, etc.

On 12/13/07 - Seen ORAL SURGEON who left tooth, threatened bodily harm to me, still in severe pain, swollen eye, no pain medication proscribed, have sore throat, sore swollen Novacane, constant bleeding gums around tooth area.

INMATE SIGNATURE: _Sammy Caldwell_

---

**PART B –RESPONSE**     DATE RECEIVED: 12/17/07

Pt brought to clinic - xray made - no remains of tooth present. Normal postop swelling. Pt was verbalizing that Deking didnt know what he was doing. Explained to pt that pt already had Rx for Naprosen, no other order was necessary. Pt states Dr threatened him and his throat was sore where I grabbed him by the throat. None of this is true. No bleeding present. Officer Self and DON Clemmons present. Pt left clinic before being seen by Dr Hobbs. Pt states "he knows what he has to do and will take of you" (myself). I informed him to do what he had to do as we would as well.

_Alisha Davis, RPH_ 12/17/07 1:00pm

**CMS Department Head Signature**: _(signature)_

**DATE**: 12/17/07

If you wish to appeal a grievance response you may file a **Grievance Appeal**. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**
☐ Medical     ☐ Dental     ☐ Mental Health     ☐ Other

| | | | |
|---|---|---|---|
| ☐ | I   Quality of Onsite Care | ☐ | VI   Timeliness of Specialty Care |
| ☐ | II   Quality of Specialty Care | ☐ | VII   Medication Issues |
| ☐ | III   Access to Onsite Care | ☐ | VIII   Treatment and Testing Issues |
| ☐ | IV   Access to Specialty Care | ☐ | IX   Care Staff Conduct |
| ☐ | V   Timeliness of Onsite Care | ☐ | X   Other |

AL-7147-CMS Inmate Grievance          Original Medical File - Yellow to Patient



**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM

FOR MEDICAL USE ONLY

Print Name: Sammy Caldwell     Date of Request: 12-16-07

ID #: 177873     Date of Birth: 8/22/62     Housing Location: Dorm L

Nature of problem or request: Follow-up (12-13-07) suffering from severe headaches, can hardly eat or sleep in constant pain. Oral surgeon left behind partial tooth. I have a swollen right side. No meds provided.

I consent to be treated by health staff for the condition described.

Sammy Caldwell 177873
SIGNATURE

## PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

| DO NOT WRITE BELOW THIS AREA |
| --- |

**Triaged by:** _____
Initials

**Referred to:** (Circle ONE)
NSC    Mid-level SC    Physician SC    MH    Dental
Other: _____

## HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _____ T _____ P _____ R _____ Wt _____

triaged 12/17/07

Assessment:
Xray taken - no teeth remain in extracted area
Normal Post op swelling
Appropriate meds ordered 12/11/07

Plan:

☐    Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)    Mid-level    Physician    MH    Dental    Other: _____

Signature & Title: A Davis, RDH     Date: 12/17/07     Time: 1:00pm

2008 JAN 21 A 9:08

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

**See attached documents**

Signature of plaintiff(s)

    I declare under penalty of perjury that the foregoing is
true and correct.

EXECUTED on ___3 - JAN - O8___ .
                    (Date)

Signature of plaintiff(s)

4

Respectfully submitted this 3rd day of
~~Dec~~ January, 2008

Sammy Caldwell

Sammy Caldwell
Sammy Caldwell
Limestone Correctional Facility
28779 Nick Davis Rd
Unit L-77-7 cell
Harvest, AL 35749-7009
3-January-08

VIII   VERIFICATION

2:08-CV-58-MHT

28 U.S.C. § 1746. I declare
penalty of perjury under
the United States of America
ing is true and correct.

Sammy Caldwell

Sammy Caldwell
Sammy Caldwell
Limestone Correctional Facility
28779 Nick Davis Rd
Unit L-77-7 cell
Harvest, AL 35749-7009

Executed on 3-Jan-08, in Harvest, ALABAMA
3-Jan-08

Via the Limestone Correctional Facility, Institutional
Mail on this _10_ day of January, 2008
10

*Sammy Caldwell*

Respectfully submitted,

*Sammy Caldwell*

Mr Sammy Caldwell
28779 Nick Davis Rd
Harvest, AL 35749-7009
Plaintiff, pro se

Cc: Ms. Debra P. Hackett, Clerk U.S. District Court M.D. Ala
Richard F. Allen, Commissioner, A.D.O.C.
Ruth Naglish
Brandon Kinard
Correctional Medical Service  St. Louis Mo
Billy Mitchem
Alisha Davis
Debra Hunt
Dr   King D.M.D.
Alabama State Board of Medical Examiners
Alabama State Board of Nursing
File: Sammy Caldwell, pro se

17