IN THE UNITED STATES DISRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

Sammy Caldwell
Plantiff(s)

v.

Richard F. Allen, et al
Defendant(s)

RECEIVED
2008 JAN 24  P 4 18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:08-CV-58-MHT

I, Sammy Caldwell, being first duly sworn, depose and say that I am the plaintiff in the above case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   Yes ( )   No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.   N-A

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer.   U/K

2. Have you received within the past twelve months and money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )   No (✓)
   B. Rent payments, interest, or dividends?   Yes ( )   No (✓)
   C. Pensions, annuities, or life insurance payments?   Yes ( )   No (✓)
   D. Gifts or inheritances?   Yes (✓)   No ( )
   E. Any other sources?   Yes ( )   No (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

PAGE 2

3.  Do you own cash, or do you have money in a checking or savings account?
    Yes ( ),    No ( )        (Include any funds in prison accounts.)
    If the answer is "yes", state the total value of the items owned: _____
    _____
    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
    Yes ( )    No (✓)
    If the answer is "yes", describe the property and state its approximate value: _____
    _____
    _____
    _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____
    _____
    _____
    _____
    _____

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.   Executed on  3-JAN-08   (date).

                                                    _____
                                                    Signature of Petitioner


                                  CERTIFICATE

   I hereby certify that the petitioner herein has the sum of $ 0.11 _____ on account to his credit at the _____ LCF _____ institution where he is confined.   I further certify that the petitioner likewise had the following securities to his credit according to the records of said _____ institution: _____
_____
_____
_____

                                                    _____
                                                    Authorized Officer of Institution

**INFORMATION REGARDING PRISONER ACCOUNTS**

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made by the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

CERTIFICATION

I hereby certify that prisoner Sammy Caldwell has been incarcerated in this institution since October 24th, 2007 and that he has the sum of $0.11 in his prison or jail trust account on this the 11th day of January, 2008. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Jul 2007 | $0.00 | $0.14 |
| Month 2 | Aug 2007 | $0.00 | $0.14 |
| Month 3 | Sept. 2007 | $20.00 | $0.33 |
| Month 4 | Oct 2007 | $0.00 | $0.42 |
| Month 5 | Nov. 2007 | $20.00 | $0.39 |
| Month 6 | Dec 2007 | $0.06 | $0.11 |
| Current Month (if less than a full month) | Jan. 2008 | $0.00 | $0.11 |

_Beverly Burnett_
Signature of Authorized Officer of Institution

_LCF_
Name of Institution

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
LIMESTONE CORECTIONAL FACILITY

AIS #: 177873        NAME: CALDWELL, SAMMY L.                    AS OF: 01/11/2008

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 20 | $0.11 | $0.00 |
| FEB | 28 | $0.11 | $0.00 |
| MAR | 31 | $0.11 | $0.00 |
| APR | 30 | $0.83 | $10.00 |
| MAY | 31 | $0.14 | $0.00 |
| JUN | 30 | $0.14 | $0.00 |
| JUL | 31 | $0.14 | $0.00 |
| AUG | 31 | $0.14 | $0.00 |
| SEP | 30 | $0.33 | $20.00 |
| OCT | 31 | $0.42 | $0.00 |
| NOV | 30 | $0.39 | $20.00 |
| DEC | 31 | $0.11 | $0.00 |
| JAN | 11 | $0.11 | $0.00 |

Sammy Caldwell # 177873
28779 Nick Davis Rd
Harvest, AL 35749-7009



This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

U.S. District Court
Middle District of Ala.
c/o Hon. Debra Hackett
15 Lee Street
Montgomery, AL
    36104-0711

LEGAL MAIL