IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SAMMY CALDWELL,              )
                             )
    Plaintiff,               )
                             )   CIVIL ACTION NO.
    v.                       )     2:08cv58-MHT
                             )
RICHARD ALLEN,               )
Commissioner, in his         )
individual and official      )
capacities, et al.,          )
                             )
    Defendants.              )
```

### ORDER

It is ORDERED that plaintiff Sammy Caldwell's motion for temporary restraining order, contained in his complaint filed on January 24, 2008 (Doc. No. 1), at 18, is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 25th day of January, 2008.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE