IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

.... FEB -5 A ': 22

.... ...
U.S. DISTRICT COURT
MIDDLE DISTRICT ...

| | | |
|---|---|---|
| Mr. SAMMY CALDWELL, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION No: 2:08-cv-58-MHT- (WO) |
| RICHARD F. ALLEN, | * | |
| COMMISSIONER, et al | * | |
| Defendants. | | |

PLAINTIFF'S WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS

AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE


This matter comes before this court. by plaintiff, **Sammy Caldwell**,( an inmate at the Limestone Correctional Facility,) who is a qualified individual with a disability ( as defined by **42 U.S.C § 12111(8))**, filed a Civil Rights complaint under 42 U.S.C §§,1983, 1985(3),1987,and 12101 *et seq,* against **Richard F. Allen**, Commissioner of the Alabama Department of Corrections, **Ruth Naglish**, Deputy Commissioner of the Alabama Department of Corrections, **Brandon Kanard**, Director of Inmate Health Services for the Alabama Department of Corrections[1], to redress the depravation of rights secured by the Constitution of the United States and Federal Laws under the color of state law. (Doc.#1)

---

[1] Plaintiff also names as Defendants: **CMS; Billy Mitchem(Warden,III[LCF]; Aisha Davis(RDH); Debra Hunt(RN); Dr. King (DMD)**

DISCUSSION

## I. PLAINTIFF'S OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

### A. JURISDICTION-VENUE TRANSFER

The United States Magistrate Judge (William Chapel Jr.,), filed his "Recommendation of the Magistrate Judge" on or about January 25,2008[2],in which he stated "from the face of the complaint, the proper venue for this cause of action is the United States District Court for the Northern District of Alabama" See Doc # 3 at 2.

**28 U.S.C.§ 1404 (a)** provides:

*"For the convenience of the parties and witnesses, in the interest of justice A district court may transfer any civil action to any district or division where it might have been brought"*

It is the Recommendation of the Magistrate judge is that the plaintiff's action should be transferred to the Northern District Court of Alabama. Plaintiff states that although this statue authorizes, in the discretion of the district court to transfer civil actions, 28 U.S.C § 1391(b) provides that 42 U.S.C § 1983 actions *"may be brought... in a judicial district where any defendant resides, if all defendants reside in the same State"* Id.

Plaintiff states that the court is correct in stating that *"Although Commissioner Allen, Deputy Commissioner Naglish, and Director Kanard reside in the Middle District*

---

[2] The Plaintiff states that he has yet to receive a "consent" form to authorize the Magistrate Judge to entertain Civil Action. Plaintiff states that the Court failed to entertain Plaintiff's in forma paupers status . See. Doc # 2 and Doc.# 3

*of Alabama, they are subject to service of process throughout the state and commonly defends suits in all federal court of this state"* See. Doc #3 at 2.

However, Rule 4 (e) FRCP., provides that service may be made " *upon individuals can be made within a judicial district of the United States"* See e.g., <u>Murphy Bros. V. Michetti Pipe</u>, (1999) 526 US 344.

B. A plaintiff's choice of forum is entitled to even greater deference when the plaintiff has chosen the home forum.

§ 1404 (a) is intended to place discretion in the district court to 'adjudicate motions for transfer according to an "individualized, case- by -case consideration of convenience and fairness." <u>Van Dusen v. Barrack</u>, (1964) 376 US 612,622.

In this case, this court has appropriate venue under 28 U.S.C §1391, because ,

*"Commissioner Allen, Deputy Commissioner Naglish, and Director Kanard reside in the Middle District of Alabama,"* Therefore, the residence of a public official (such as *Commissioner Allen, Deputy Commissioner Naglish, and Director Kanard reside in the Middle District of Alabama,* ) sued in his official capacity is his official residence, that is, place where his office is maintained.). See <u>Hartke v. Federal Aviation Administration</u>, 367 F. Supp 741 (E.D. Ny 1973), which in determining whether a transfer is in the best interest of justice, both interest of parties to the lawsuit as well as society in general should be considered. <u>Chicago R. I. and P.R.Co., v. Igoe</u>, 220 F.2d 299 (7th Cir. 1955) *cert. Denied* (1955) 350 US 822; see generally <u>Mohamed v. Mazda Corp</u>, 90 F. Supp. 2d 757,768 (E.D.Tex 2000). See. <u>Piper Aircraft Co., v. Reyno</u>, (1981) 454 US 235,255

## Conclusion

Based upon the foregoing, plaintiff respectfully asks that this Honorable District Court REJECT AND MODIFY, ON WHOLE THE FINDINGS OF THE MAGISTRATE JUDGE TO TRANSFER THIS ACTION TO THE NORTHERN DISTRICT OF ALABAMA.

DONE THIS 4TH Day of February, A.D. 2008.

Respectfully submitted,

Mr. Sammy Caldwell
28779 Nick Davis Rd.
Harvest, Alabama 35749-7009

4

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing objection upon all parties addresses:

**Alabama Department of Corrections**
Legal Division
P.O. Box 301501
Montgomery, Alabama 36130-1501

Correctional Medical Services
12647 Olive Blvd
P.O.Box 619052
St. Louis, MO 63141-1752

**United States District Court**
**For the Middle District of Alabama**
C/o Hon. Debra Hackett, Clerk
P.O.Box 711
Montgomery, Alabama 36104-0711

Via the United States Postal Service by the Limestone Correctional Facility by depositing the same on this _____ day of _____ A.D. 2008.

_____    _____    _____

Notary Public              My Commission Expires        Mr. Sammy Caldwell
                                                        28779 Nick Davis Rd.
                                                        Harvest, Alabama 35749-7009

5

Mr. Sammy Caldwell # 177873
28779 Nick Davis Rd
Harvest, AL  35749-7009



02 1A                    $ 00.58⁰
0004355531    JAN 31  2008
MAILED FROM ZIP CODE 35749

United States District Court
Middle District of Alabama
c/o Ms. Debra Hackett
   15 LEE Street

Montgomery, AL  36104- 0711

LEGAL MAIL            3610434056  006