IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2008 FEB -8 A 9: 27

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ex parte Sammy Caldwell,      *
                              *
    Movant,                   *
                              *
                              *
                              *
Mr. Sammy Caldwell,           *
                              *
    Plaintiff,                *
                              *
                              *
                              *
v.                            *    Case No: 2:08CV58-MHT
                              *
                              *
Hon. Richard F. Allen, et al  *
                              *
    Defendants.               *

---

PLAINTIFF'S MOTION FOR EMERGENCY PRELIMINARY INJUNCTION
AND TEMPORARY RESTRAINING ORDER PURSUANT TO RULE 65(A)(B) F.R.Civ.P.

---

Pursuant to *F.R.Civ.P.*, *Rule 65(a)(b)*, plaintiff moves this Most Honorable Court for a preliminary injunction and temporary restraining order to be issued against each defendant, for the reasons set forth below and in his supporting memorandum of law:

1. **THERE IS A SUBSTANTIAL LIKELIHOOD THAT PLAINTIFF WILL ULTIMATELY PREVAIL ON THE MERITS.** For more than two (2) months[1], Defendants have denied plaintiff of any opportunity to seek

---

[1] Correctional Medical Services (CMS) entered a contract to provide medical services for the Alabama Department of Corrections. for prisoners in their custody. As effective November 1.2007.

1

adequate medical and dental services. In doing so, defendants have acted and continue to act with deliberate indifference to plaintiff's serious medical need by failing to provide a permanent, on call, fully qualified dentist, in violation of the plaintiff's rights under the Eighth (8th) Amendment to the **United States Constitution**, and Article 25 (1) of the **Universal Declaration of Human Rights of 1948.**

2. ***THERE IS A SUBSTANTIAL THREAT OF IRREPARABLE INJURY TO THE PLAINTIFF UNLESS THE INJUNCTION ISSUES.*** Because of the constant denial of adequate medical care, plaintiff has and continues to suffer severe headaches,(which causes substantial visual impairment).Plaintiff suffers severe medical conditions (i.e., chronic asthma, back and neck pain and is severally disabled recognized by the United States Government).[See Plaintiff's Medical Record.] Plaintiff has suffered from substantial pain when Defendant's King and Davis, failed to proscribe appropriate and adequate antibiotics before or after partially extracting tooth, in violation of the plaintiff's rights under the Eighth ($8$) Amendment to the **United States Constitution**, and Article 25 (1) of the **Universal Declaration of Human Rights of 1948.**

3. ***THE THREATENED INJURY TO THE PLAINTIFF OUTWEIGHS WHATEVER DAMAGE THE PROPOSED INJUNCTION MAY CAUSE THE OPPOSING PARTY.*** *The relief that plaintiff seeks is an order is an order compelling the defendants to perform their pre-existing duties under the United States Constitution and the Universal Declaration of Rights of 1948-1998.* The Eleventh Circuit has recognized that officials act with deliberate indifference, when he or she knows that an inmate is in serious medical need of medical care, but he or she fails or refuses to obtain medical treatment for the inmate.

4. ***THE INJUNCTION, IF ISSUED, WOULD NOT BE ADVERSE TO THE PUBLIC INTEREST.*** *To the contrary, the public interest is well served by protecting the constitutional rights of all it's members.*

2

**WHEREFORE**, the premises are considered, Plaintiff prays that this Most Honorable Court would, in it's most Sovereign and Infinite Wisdom would GRANT, **PLAINTIFF'S MOTION FOR EMERGENCY PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER PURSUANT TO RULE 65(A)(B)** *F.R.Civ.P.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING PLAINTIFF'S MOTION FOR EMERGENCY PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER PURSUANT TO RULE 65(A)(B) *F.R.Civ.P.* IS SERVED UPON:

ALABAMA DEPARTMENT OF CORRECTIONS
C/O LEGAL DIVISION
P.O. BOX 301501
Montgomery, Ala. 36130-1501

Correctional Medical Services
126447 Olive Blvd
P.O. Box 619052
St. Louis, MO. 63141-1752

United States District Court
Middle District of Alabama
C/O Debra P. Hackett, Clerk
15 Lee Street
Montgomery, Ala. 36104-0711

By placing the same in the United States Postal Service via the Limestone Correctional Facility on the 25th day of January, A.D. 2008.

Respectfully submitted,

*Sammy Caldwell*
Mr. Sammy Caldwell,
28779 Nick Davis Rd
Harvest, Alabama 35749-7009

CC.  Hon. Debra Hackett, Clerk of Court
Hon. Richard F. Allen, Commissioner
Hon. Brandon Kanard
Hon. Ruth Naglish,
Correctional Medical Services, Inc.
Billy Mitchem,
Alisha Davis
Debra Hunt
Dr. King, D.M.D.
File: Mr. Sammy Caldwell

3