| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _F Calaha_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): F Calahan   C. Date of Delivery: 2-20-08 |
| Clerk<br>United States District Court<br>Northern District of Alabama<br>Hugo L. Black U.S. Courthouse<br>1729 Fifth Avenue North<br>Birmingham, AL 35203 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>08CV58 — Transfer Case |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |

2. A
(T

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540